Mark Oium, Esq. (CSB 79327)
OIUM REYEN & PRYOR
220 Montgomery Street. Suite 910
San Francisco, CA 94104
Tel: 415-392-8300
Fax: 415-421-1254
Email: mark@orplaw.com

Attorney for Defendant KONE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYDEN TOTAH, et al., | Case No. 19-cv-03842-WHO |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO REMAND |
| v. | |
| KONE INC., et al., | Action Removed: July 2, 2019 |
| Defendants. | Action Filed: February 20, 2019 |

This Stipulation is entered into by and among plaintiffs Jayden Totah, by and through his Guardian Ad Litem, Eric Totah, Anne-Marie Totah and Eric Totah, ("Plaintiffs") and Defendant KONE Inc., (Defendant) by and through their respective counsel:

WHEREAS, on February 20, 2019, Plaintiffs commenced an action in the Superior Court of the State of California, County of San Francisco, Case Number CGC-19-573894, entitled *Jayden Totah, minor, by and through his Guardian Ad Litem; Anne-Marie Totah; Eric Totah vs. Kone Corporation; ThyssenKrupp Elevator America; City & County of San Francisco.*

WHEREAS, defendant KONE, Inc. filed its Answer to Plaintiffs' Complaint on June 3, 2019.

WHEREAS, on July 2, 2019 after learning of additional facts regarding the Action and determining that diversity of citizenship existed between the parties, defendant KONE filed a Notice of Removal of the action pursuant to 28 U.S.C. §§ 1332, 1441(b) and 1446, with the United States District Court for the Northern District of California.

WHEREAS, on July 2, 2019, defendant KONE completed the removal process by filing a copy of the Notice of Removal with San Francisco County Superior Court.

WHEREAS, the parties, who have appeared in this matter, which include Jayden Totah, by and through his Guardian Ad Litem Eric Totah and Kone, Inc., having conferred through their counsel by telephone, mail and e-mail correspondence, agree this matter should be remanded to the Superior Court of the State of California, County of San Francisco, and respectfully request this Court enter an Order remanding this action to the Court from which it was removed, the Superior Court of the State of California, County of San Francisco.

IT IS HEREBY STIPULATED, by and through the undersigned counsel for Plaintiffs and Defendant, that:

1. This Action should be remanded to Superior Court of the State of California, County of San Francisco.

2. The order of remand is made without prejudice to defendant KONE, Inc's., ability to re-remove this Action to this Court.

IT IS SO STIPULATED.

Dated: August ___, 2019 July 31, 2019

WEINBERG-HOFFMAN, LLC

_____
Joseph Hoffman, Esq.
Attorneys for Plaintiffs

Dated: August __, 2019 (July 31)

OIUM REYEN & PRYOR

_____
Mark Oium, Esq.
Attorney for Defendant KONE, Inc.

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED:

1. Northern District of California Case Number 19-cv-03842-WHO, entitled *Jayden Totah, et al., vs. KONE, Inc., et al.* be remanded to the Superior Court of the State of California, County of San Francisco.

DATED: __August 7, 2019__      _____
                                UNITED STATES DISTRICT JUDGE